**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:16-CR-47-TLS |
| | ) | |
| JOSE CERROGORDO RAZO | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**

This matter is before the Court on the Findings and Recommendation of the United States

Magistrate Judge [ECF No. 137], filed on August 9, 2017. The Defendant has waived objection

to the Findings and Recommendation, and the Court, being duly advised, adopts the Findings

and Recommendation [ECF No. 137] in its entirety and accepts the recommended disposition.

Subject to this Court's consideration of the Plea Agreement pursuant to Federal Rule of Criminal

Procedure 11(c), if applicable and necessary, the plea of guilty to the offenses charged in Counts

One (1) and Eight (8) of the Indictment are hereby accepted, and the Defendant is adjudged

guilty of such offenses.

The notice of sentencing and pre-sentence scheduling deadlines will be issued by separate

order.

SO ORDERED on August 25, 2017.

s/ Theresa L. Springmann
CHIEF JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT